O

JS - 6

cc:order, docket, remand letter
to Los Angeles Superior Court,
West District, Santa Monica,
No. 11 U 03095

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TREASURY BANK, N.A., | ) | Case No. CV 12-04733 DDP (MRWx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| CARLA SMITH, ELEANOR SMITH, | ) | |
| Defendants. | ) | [Dkt. No. 7] |

Presently before the court is Plaintiff's Motion to Remand. Because Defendants have not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Plaintiff's motion was set for July 9, 2012. Defendants' opposition was therefore due by June 18, 2012. As of

1  the date of this Order, Defendants have not filed an opposition, or
2  any other filing that could be construed as a request for a
3  continuance.  Accordingly, the court deems Defendants' failure to
4  oppose as consent to granting the motion to remand, and GRANTS the
5  motion.

9  IT IS SO ORDERED.

12 Dated: July 10, 2012

          DEAN D. PREGERSON
          United States District Judge