cc:order, docket, remand letter
to Los Angeles Superior Court,
West District, Santa Monica,
No. 11 U 03095

O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TREASURY BANK, N.A., | ) | Case No. CV 12-04733 DDP (MRWx) |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| v. | ) | |
| CARLA SMITH, ELEANOR SMITH, | ) | |
| Defendants. | ) | [Dkt. No. 7] |

Presently before the court is Plaintiff's Motion to Remand. Because Defendants have not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Plaintiff's motion was set for July 9, 2012. Defendants' opposition was therefore due by June 18, 2012. As of

the date of this Order, Defendants have not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Defendants' failure to oppose as consent to granting the motion to remand, and GRANTS the motion.

IT IS SO ORDERED.

Dated: July 10, 2012

DEAN D. PREGERSON
United States District Judge